On appellant's petition for reconsideration filed July 28, petition for reconsideration allowed; former opinion (149 Or App 358, 942 P2d 882) modified; reversed and remanded in part; otherwise affirmed September 10, Hall's petition for review denied December 23, 1997 (326 Or 234)
State's petition for review allowed January 27, 1998 (326 Or 389)

STATE OF OREGON,
*Respondent,*

*v.*

TEDDY HALL,
*Appellant.*

(C9406-34332; CA A87453)

944 P2d 1000

Steven V. Humber, Deputy Public Defender, for petition.

No appearance *contra.*

Before Deits, Chief Judge, De Muniz, Presiding Judge, and Haselton, Judge.

HASELTON, J.

**HASELTON, J.**

In our prior opinion, we reversed defendant's conviction for robbery in the third degree (Count 2), affirmed his remaining convictions for robbery in the first degree and for felon in possession of a firearm, which arose from separate incidents, and remanded for resentencing. On petition for reconsideration, defendant argues that our disposition was erroneous, because we should simply have modified the judgment, entering a judgment of acquittal on Count 2 without any possibility of resentencing. In particular, defendant contends:

> "Because of the disposition of this case there is nothing to resentence defendant on. The disposition of the remaining counts and charges were not disturbed. * * * There is no basis for resentencing."

We agree.

Petition for reconsideration allowed; former opinion modified; reversed and remanded with instructions to modify judgment, entering a judgment of acquittal on Count 2; otherwise affirmed.